STATE OF NEW JERSEY v. MARSHALL SMITH.

June 27, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. DAVID KETROW.

June 27, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. ELWOOD T. LEFTRIDGE.

June 27, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. ERNEST BROWN, JR.

June 27, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES TUCKER.

June 27, 1986.

Petition for certification denied.